UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 24-cr-226-11 (BAH) |
| | : | |
| v. | : | VIOLATIONS: |
| | : | 21 U.S.C. §§ 841(a)(1), |
| | : | 841(b)(1)(C), and 846. |
| AHMED BAILEY, | : | (Conspiracy to Distribute and Possess with Intent to Distribute Cocaine) |
| | : | |
| Defendant. | : | 7 D.C. Code §§ 2502.01(a) and 2507.06 |
| | : | (Possession of an Unregistered Firearm) |
| | : | |
| | : | FORFEITURE: |
| | : | 21 U.S.C. § 853(a) and (p) |

## INFORMATION

The United States Attorney charges that:

### COUNT ONE

From on or about June 2023, the exact date being unknown, and continuing thereafter up to and including May 15, 2024, within the District of Columbia and elsewhere, **AHMED BAILEY**, did unlawfully, knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and 846.

**(Conspiracy to Distribute and Possess with Intent to Distribute a Mixture or Substance Containing a Detectable Amount of Cocaine,** in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(C), and 846)

### COUNT TWO

On or about May 15, 2024, within the District of Columbia, **AHMED BAILEY,** did possess a Glock 26, serial number BTEX813, without being the holder of a valid registration

1

certificate.

(**Possession of an Unregistered Firearm**, in violation of 7 D.C. Code §§ 2502.01 and 2507.06)

## FORFEITURE ALLEGATION

1.   Upon conviction of the offenses alleged in Count One, the defendant shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a), any property constituting, or derived from, any proceeds obtained, directly or indirectly as the result of these offenses; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of this offense, including one Glock 26 firearm, serial number BTEX813, with magazine and 21 rounds of ammunition; one Glock 22 firearm, serial number HHC899, with magazine and 11 rounds of ammunition; 13 rounds of assorted ammunition; approximately 200 rounds of 9mm ammunition; approximately 100 rounds of .40 caliber ammunition; one 9mm Glock magazine with 10 rounds of ammunition; and two 9mm Ruger magazines. The United States will also seek forfeiture money judgment against the defendant equal to the value of any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of these offenses and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of these offenses.

2.   If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

(a)   cannot be located upon the exercise of due diligence;

(b)   has been transferred or sold to, or deposited with, a third party;

(c)   has been placed beyond the jurisdiction of the Court;

(d)   has been substantially diminished in value; or

(e)   has been commingled with other property that cannot be divided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28. United States Code, Section 2461(c).

(**Criminal Forfeiture**, pursuant to Title 21, United States Code, Sections 853(a) and (p))

Respectfully submitted,

EDWARD R. MARTIN, JR.
United States Attorney

BY: _____/s/_____
SOLOMON S. EPPEL
Assistant United States Attorney
D.C. Bar No. 1046323
Violence Reduction & Trafficking Offenses Section
601 D Street, NW, Fifth Floor
Washington, DC 20530
202-252-6661
solomon.eppel@usdoj.gov